# United States District Court

_____MIDDLE_____ DISTRICT OF _____ALABAMA_____

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>GONZALO GARCIA-CRUZ<br><br>(Name and Address of Defendant) | **CRIMINAL COMPLAINT**<br><br>CASE NUMBER: 2:05mj144-M |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __Nov. 19, 2005,__ in __Montgomery__ county, in the __Middle__ District of __Alabama__ defendant(s) did, (Track Statutory Language of Offense) being an alien illegally and unlawfully in the United States possess a firearm affecting commerce,

in violation of Title ___18___ United States Code, Section(s) __922(g)(5)(A)__

I further state that I am an __agent with the U.S. Dept. of Homeland Security__ and that this complaint is based on the following facts:
                                   Official Title

See attached Affidavit which is incorporated by reference herein

Continued on the attached sheet and made a part hereof:  ☒ Yes   ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

__NOVEMBER 21, 2005__                              at   __MONTGOMERY, ALABAMA__
Date                                                                                 City and State

__VANZETTA P. MCPHERSON, U. S. MAGISTRATE JUDGE__      _____
Name & Title of Judicial Officer                                                    Signature of Judicial Officer

# AFFIDAVIT

I, David E. Henderson, being duly first sworn, do hereby state and affirm that:

I am a duly sworn Special Agent of the U.S. Immigration and Customs Enforcement (ICE) assigned to the office of the Resident Agent in Charge, Mobile, Alabama. I have been employed as a federal agent for approximately five years. One of my principal assignments has been to conduct criminal investigations of persons involved in violation of the United States Code relating to Title 8 - Aliens and Nationality along with other violations of federal law.

On November 19, 2005, Montgomery Police Corporal G. Manora conducted a vehicle stop in the 3500 block of Mobile Highway in Montgomery County, Alabama. Corporal Manora stopped a 1996 Mercury Sable bearing Alabama registration 3B0973D for speeding. The driver and sole occupant of the vehicle, Gonzalo GARCIA-Cruz, failed to provide any identification to Corporal Manora. As Corporal Manora was walking back to his marked police motorcycle, Gonzalo GARCIA-Cruz backed his vehicle into Corporal Manora's motorcycle. Corporal Manora subsequently placed Gonzalo GARCIA-Cruz under arrest for Driving while Under the Influence of Alcohol. While conducting a search incident to arrest, Montgomery Police Officer J. Smith observed a Lorcin .380 caliber pistol bearing serial number 215909 located on the front passenger seat of GARCIA's vehicle. Montgomery Police Sergeant A. Mercado was called to assist as a translator. While Sergeant Mercado was obtaining biographical data, GARCIA stated that he was born in Mexico. Sergeant Mercado also located a Resident Alien Card bearing the name Gonzalo Garcia Cruz and alien number A014 327 794 and a Social Security Card bearing the name Gonzalo Garcia and social security number 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 in GARCIA's wallet.

On November 21, 2005, I attempted to interview Gonzalo GARCIA-Cruz at the Montgomery Police Department. I was assisted by Montgomery Police Sergeant A. Mercado. Sergeant Mercado read GARCIA his constitutional rights, as per Miranda in the Spanish language. GARCIA acknowledged that he understood his rights. I had Sergeant Mercado advise GARCIA that I wished to ask him questions related to his immigration status. GARCIA made an unsolicited

statement that he was born in Mexico. Immigration checks reveal that GARCIA has never been lawfully admitted into the United States. Additional Immigration checks reveal that the Resident Alien card that GARCIA had in his possession is in fact fraudulent.

Gonzalo GARCIA-Cruz is in violation of, but not limited to, Title 18 U.S.C. 922(g)(5)(A), possession of firearms by illegal aliens. The penalty, upon conviction, for this offense shall be a fine under Title 18, or imprisoned not more than 10 years, or both.

_____
David E. Henderson, Affiant
U.S. Department of Homeland Security
Immigration and Customs Enforcement

Sworn to and subscribed before me this 21st day of November, 2005.

_____
United States Magistrate Judge