IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:05mj144-M |
| ) | |
| GONZALO GARCIA-CRUZ ) | |

### GOVERNMENT'S MOTION TO WITHDRAW MOTION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Comes now the United States of America, by and through Leura Garrett Canary, United States Attorney for the Middle District of Alabama, and respectfully requests the Court dismiss Government's Motion for Writ of Habeas Corpus Ad Prosequendum previously filed on November 30, 2005. A complaint and arrest warrant were filed against defendant on November 21, 2005. The defendant was in Montgomery City Jail on other charges and a detainer was filed by the U.S. Marshals Service. The state charges were nolle prosed and the agent can now serve the warrant.

Respectfully submitted this the 2nd day of December, 2005.

Respectfully submitted,

/s/K. David Cooke, Jr.
K. DAVID COOKE, JR.
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334) 223-7280
Fax: (334) 223-7135
E-mail: david.cooke@usdoj.gov