# COURTROOM DEPUTY MINUTES   DATE: 12/2/05
## MIDDLE DISTRICT OF ALABAMA

DIGITAL RECORDING: 2:09 - 2:18

- ✓ INITIAL APPEARANCE
- ☐ DETENTION HEARING
- ☐ REMOVAL HEARING (R.40)
- ☐ ARRAIGNMENT
- ☐ ARRAIGNMENT on SUPERSEDING INDICTMENT
- ☐ PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE **CHARLES S. COODY**     DEPUTY CLERK: **WANDA STINSON**

CASE NO. **2:05MJ144-VPM**     DEFT. NAME: **GONZALO GARCIA-CRUZ**

USA: **KARL D. COOKE, JR.**     ATTY: **MICHAEL PETERSEN**

Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (✓) CDO;

USPTSO/USPO: **RON THWEATT**

Defendant ✓ does ___ does NOT need an interpreter;
Interpreter present ___ NO ✓ YES   NAME **DENNIS HALE**

- ✓ Kars.   Date of Arrest **12/1/05**   or   ☐ karsr40
- ✓ kia.   Deft. First Appearance. Advised of rights/charges. ☐ Pro/Sup Rel Violator
- ✓ kcnsl.   Deft. First Appearance with Counsel
- ✓   Requests appointed Counsel  ✓ ORAL MOTION for Appointment of Counsel
- ✓ Finaff.   Financial Affidavit executed  ☐ to be obtained by PTSO
- ☐ koappted   ORAL ORDER appointing Community Defender Organization - **Notice to be filed.**
- ✓ 20appt.   Panel Attorney Appointed; ☐ to be appointed - prepare voucher
- ☐   Deft. Advises he will retain counsel. Has retained _____
- ✓   Government's ORAL (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion;
- ☐   Government's WRITTEN Motion for Detention Hrg. filed.
- ☐   DETENTION HRG ☐ held; ☐ set for _____; ☑ Prelim. Hrg ☑ Set for **12/6/05 @ 10:00am**
- ☐ kotempdtn.   **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
- ☐ kodtn.   **ORDER OF DETENTION PENDING TRIAL** entered
- ☐ kocondrls.   Release order entered. ☐ Deft. advised of conditions of release.
- ☐ kbnd.   ☐ BOND EXECUTED (M/D AL charges) $ _____ Deft released (kloc LR)
-   ☐ BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered
- ✓ Loc.(LC)   Bond **NOT** executed. Deft to remain in Marshal's custody
- ☐ ko.   Deft. **ORDERED REMOVED** to originating district
- ☐ kwvprl.   Waiver of ☐ Preliminary hearing; ☐ Kwvr40hrg. (Waiver of R.40 Hearing)
- ☐   Court finds **PROBABLE CAUSE**. Defendant bound over to the Grand Jury.
- ☐ Karr.   ARRAIGNMENT SET FOR: _____ ☐ HELD. Plea of **NOT GUILTY** entered.
-   ☐ Trial Term _____; ☐ PRETRIAL CONFERENCE DATE: _____
-   ☐ DISCOVERY DISCLOSURES DATE: _____
- ☐ Krmknn.   NOTICE to retained Criminal Defense Attorney handed to Counsel
- ☐ krmvhrg.   Identity/Removal Hearing set for _____
- ☐ Kwvspt   **Waiver of Speedy Trial Act Rights Executed.**
  * Detainer has been placed by INS. Deft REMANDED to custody pending further proceedings.