**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                          TELEPHONE (334) 954-3600

December 5, 2005

# NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style:   USA vs. Gonzalo Garcia-Cruz**

**Case Number: 2:05mj144-M**

**This Notice of Correction was filed in the referenced case this date to correct the following deficient pleading which was filed on 12/02/05 . Reference is made to document #4 which was filed with the wrong PDF attached .**

**The corrected PDF Document is attached to this notice.**