IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| vs. ) | CR. NO.:   2:05MJ144-VPM |
| ) | |
| GONZALO GARCIA-CRUZ ) | |

## **ORDER**

For good cause, it is

**ORDERED** that a preliminary hearing be and is hereby scheduled for **December 6, 2005, at 10:00 a.m.**, before U.S. Magistrate Judge Vanzetta McPherson, in courtroom 5A, Frank M. Johnson, Jr United States Courthouse Complex, One Church Street, Montgomery, Alabama.

If the defendant is in custody, the United States Marshall or the person having custody of the defendant shall produce the defendant for the proceeding.

Done this 5th day of December, 2005.

　　　　　　　　　　　　　　　　　　　　/s/Charles S. Coody
　　　　　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE