IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.   ) | CASE NO. 2:05mj144-M |
| ) | |
| GONZALO GARCIA-CRUZ   ) | |

**ORDER ON MOTION**

Upon consideration of the United States' Motion to Withdraw (Doc. #11) filed on 6 December 2005, and for good cause, it is

ORDERED that the motion is GRANTED.

DONE this 7th day of December, 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE