IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:05mj144-M |
| | ) | |
| GONZALO GARCIA-CRUZ | ) | |

### ORDER

For good cause, it is

ORDERED that the Government's Motion to Withdraw Document *Motion for Writ of Habeas Corpus Ad Prosequendum*, filed on 02 December 2005 (Doc #4), is GRANTED.

DONE this _____ day of December 2005.

_____
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE