IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:05mj144-M |
| | ) | |
| GONZALO GARCIA-CRUZ | ) | |

## ORDER

On 6 December, 2005, pursuant to Fed. R. Crim. P. 5.1, the court held a preliminary hearing in this case. Based on the evidence presented at the hearing, the court finds that there is probable cause to believe that an offense has been committed and that the defendant committed the offense. Accordingly, it is

ORDERED that the defendant be held to answer the charges against him in this court. Done this 9th day of December, 2005.

VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE